# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA SUE OTERO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM REUBART, *et al.*,<br><br>　　　　Respondents. | Case No. 2:24-cv-01725-RFB-EJY<br><br>**ORDER** |

　　In this habeas corpus action, the petitioner, Teresa Sue Otero, represented by appointed counsel, has filed an application to proceed *in forma pauperis*—her third. ECF No. 11; see also ECF Nos. 1, 4, 6, 8. The information provided with this application shows that Otero is able to pay the filing fee for this action. The application to proceed *in forma pauperis* will be denied. Otero will have 30 days from the entry of this Order to pay the $5 filing fee.

　　Under the scheduling order in this case, Otero had until February 3, 2025, to file an amended petition. ECF No. 10. On February 3, Otero filed a motion for extension of time, requesting a 168-day extension, to July 21, 2025. ECF No. 14. This would be the first extension of this deadline. Counsel states that the extension is necessary because they are reviewing the record, and because of their obligations in other cases. Id. at 2–3. Also, counsel states that they believe the applicable limitations period does not expire until July 21, 2025. Id. at 2. Counsel represents that the respondents do not oppose the motion for extension of time. Id. at 2. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time. The Court will grant the motion for extension of time.

In granting this extension of time, or any extension of time for the filing of an amended petition, the Court does not intend to affect, or make any comment upon, the operation of any statute of limitations.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 14) is **GRANTED**. Petitioner will have until and including **July 21, 2025**, to file an amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 11) is **DENIED**. Petitioner will have **30 days** from the date of entry of this order to pay the $5 fling fee for this action.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered November 4, 2024 (ECF No. 10) will remain in effect.

**DATED:** April 14, 2025.

_____
**RICHARD F. BOULWARE, II,**
**UNITED STATES DISTRICT JUDGE**