UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA SUE OTERO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM REUBART, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:24-cv-01725-RFB-EJY<br><br>**ORDER** |

　　In this habeas corpus action, the petitioner, Teresa Sue Otero, represented by appointed counsel, filed an amended habeas petition on June 2, 2025. ECF No. 17. Under the scheduling order in this case, Respondents had 60 days, or until August 1, to file an answer or other response to the amended petition. ECF No. 10. On July 31, Respondents filed a motion for extension of time, requesting a 32-day extension, to September 2. ECF No. 19. This would be the first extension of this deadline. Respondents' counsel states that the extension is necessary because of their obligations in other cases. Id. at 2. Counsel represents that Otero does not oppose the motion for extension of time. Id. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///
///
///
///
///
///
///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 19) is **GRANTED**. Respondents will have until and including **September 2, 2025**, to file an answer or other response to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered November 4, 2024 (ECF No. 10) remains in effect.

**DATED:** August 1, 2025.

_____
**RICHARD F. BOULWARE, II,**
**UNITED STATES DISTRICT JUDGE**