UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA SUE OTERO,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM REUBART, *et al.*,<br><br>    Respondents. | Case No. 2:24-cv-01725-RFB-EJY<br><br>**ORDER** |

In this habeas corpus action, Petitioner Teresa Sue Otero, represented by appointed counsel, filed her Amended Habeas Petition on June 2, 2025. ECF No. 17. After a 60-day initial period and a 32-day extension, Respondents had until September 2 to file an answer or other response to the amended petition. ECF No. 10. On August 29, Respondents filed a motion for extension of time, requesting a further 30-day extension, until October 2. ECF No. 21. Respondents' counsel states that the extension is necessary because of their obligations in other cases and computer problems. Id. at 2. Counsel represents that Otero does not oppose the motion for extension of time. Id. at 3. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///

///

///

1

Therefore, **IT IS ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 21) is **GRANTED** *nunc pro tunc*. Respondents will have until and including **October 2, 2025**, to file an answer or other response to the Amended Petition for Writ of Habeas Corpus. In all other respects, the schedule for further proceedings set forth in the Court's Order entered November 4, 2024 (ECF No. 10) remains in effect.

**DATED:** September 3, 2025.

**RICHARD F. BOULWARE, II,**
**UNITED STATES DISTRICT JUDGE**