# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA SUE OTERO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM REUBART, *et al.*,<br><br>　　　　Respondents. | Case No. 2:24-cv-01725-RFB-EJY<br><br>**ORDER** |

In this habeas corpus action, the petitioner, Teresa Sue Otero, represented by appointed counsel, filed an Amended Habeas Petition on June 2, 2025. ECF No. 17. Respondents filed an Answer on October 2, 2025. ECF No. 27. Otero then had until November 17 , 2025 to file a reply. See ECF No. 10 (45 days for reply). On November 13, 2025, Otero filed a motion for extension of time, requesting a 60-day extension, to January 16, 2026, for the reply. ECF No. 28. Otero's counsel states that the extension is necessary because of obligations in other cases and time away from work. Id. at 2. Counsel also states that a different attorney within the office of the Federal Public Defender will be taking over responsibility for this case on November 17, 2025. Id. Counsel represents that Respondents do not oppose the motion for extension of time. Id. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 28) is **GRANTED**. Petitioner will have until and including **January 16, 2026**, to file a reply to Respondents' Answer. In all other respects, the schedule for further proceedings set forth in the order entered November 4, 2024 (ECF No. 10) remains in effect.

**DATED:** November 14, 2025.

_____
**RICHARD F. BOULWARE, II,**
**UNITED STATES DISTRICT JUDGE**