**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

TERESA SUE OTERO,

        Petitioner,

   v.

WILLIAM REUBART, *et al.*,

        Respondents.

Case No. 2:24-cv-01725-RFB-EJY

**ORDER ENLARGING TIME**

In this habeas corpus action, Petitioner Teresa Sue Otero, represented by appointed counsel, filed her First Amended § 2254 Petition on June 2, 2025. ECF No. 17. Respondents filed their Answer on October 2, 2025. ECF No. 27. Otero filed her Reply on January 15, 2026. ECF No. 31. After a 30-day initial period and a 45-day extension, Respondents were to file a response to Otero's Reply by April 3, 2026. See ECF Nos. 10, 33. On April 2, 2026, Respondents filed a Motion for Enlargement of Time, requesting a further 31-day extension, to May 4, 2026. ECF No. 34. Respondents' counsel states that the extension is necessary because of their obligations in other cases. See id. at 2. Counsel represents that Otero does not oppose the extension of time. See id. The Court finds that the Motion for Enlargement of Time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

Therefore, **IT IS HEREBY ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 34) is **GRANTED** *nunc pro tunc*. Respondents have up to and including **May 4, 2026**, to file a response to Petitioner's Reply to their Answer. In all other respects, the schedule for further proceedings set forth in the Order entered November 4, 2024 (ECF No. 10) remains in effect.

**DATED:** April 15, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**